# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL NO. 5:18-CR-00010-FDW-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID FLORES, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Stephen C. St. Martin]" (document # 13) filed April 13, 2018. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 17, 2018

David S. Cayer
United States Magistrate Judge